NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROGER HILL,                                )
                                           )
            Appellant,                     )
                                           )
v.                                         )      Case No. 2D18-1182
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____ )

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Roger Hill, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, KHOUZAM, and ATKINSON, JJ., Concur.